**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| AMERICAN ELECTRIC POWER SERVICE CORPORATION, | : No. 18 MAP 2018 |
| | : |
| | : Appeal from the Order of the |
| Appellant | : Commonwealth Court at No. 861 FR |
| | : 2013 dated March 15, 2018 overruling |
| | : the exceptions and entering judgment |
| v. | : of the May 4, 2017 order that affirmed |
| | : the decision of the Board of Finance |
| | : and Revenue dated September 24, |
| COMMONWEALTH OF PENNSYLVANIA, | : 2013, exited September 27, 2013 at |
| | : No. 1300144 |
| Appellee | : |

## ORDER

**PER CURIAM**                                    **DECIDED:  December 28, 2018**

**AND NOW,** this 28th day of December, 2018, the order of the Commonwealth

Court is **AFFIRMED**.